| Article | Cost of production per carton Netherland guilder |
|---|---|
| Milk tablets | 113. 42 |
| Coffee milk tablets | 113. 42 |
| Mocha bittersweet bars cartons containing 576 bars | 104. 40 |
| Mocha bittersweet bars cartons containing 600 bars | 106. 17 |
| Coffee milk bars cartons containing 576 bars | 93. 52 |
| Coffee milk bars cartons containing 600 bars | 94. 83 |
| Orange milk (milk orange) bars cartons containing 576 bars | 92. 20 |
| Orange milk (milk orange) bars cartons containing 600 bars | 93. 46 |
| Bittersweet bars cartons containing 576 bars | 105. 85 |
| Bittersweet bars cartons containing 600 bars | 107. 67 |
| Milk bars cartons containing 576 bars | 92. 20 |
| Milk bars cartons containing 600 bars | 93. 46 |
| Milk hazelnut bars cartons containing 576 bars | 88. 87 |
| Milk hazelnut bars cartons containing 600 bars | 89. 99 |

(Reap. Dec. 8710)

ISAAC B. COHEN & SONS CORP. v. UNITED STATES

Entry Nos. 73528; 79388.

(Decided December 11, 1956)

*Siegel, Mandell & Davidson* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: These two appeals for reappraisement relate to merchandise described on the invoices as "Mouth Organs," exported from Germany and entered at the port of New York.

The appeals are before me for decision on a written stipulation wherein the parties agree to a set of facts that show export value, as defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for appraisement of the merchandise in question, and that such statutory values for the items covered by these invoices are the entered unit values, and I so hold.

Judgment will be rendered accordingly.